UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

IN RE BRUCE MARTIN,                                       Bankr. Case No. 04-17210

                                                                                       Civil Case Nos. 1:05-CV-1020
                                                                                                                      1:05-CV-1021
                                Debtor.                                  (LEK)

## **DECISION AND ORDER**

      On July 25, 2005, Appellant George Hom filed with this Court two Notices of Appeal from Orders of the United States Bankruptcy Court for the Northern District of New York, both entered on June 30, 2005. Appellant has not complied with Bankruptcy Rules 8001(a), 8001(b), and 8003(a) for either appeal. Specifically, Appellant has not submitted motions for leave to appeal pursuant to 28 U.S.C. §158 and Federal Rule of Bankruptcy Procedure 8003, nor has he submitted the filing fees for such motions. In each case, Appellant was notified of the deficiency and given until August 1, 2005 to cure it. This Court has not received the required submissions, and Appellant has not filed for any extensions of time in which to comply with the Rules.

      Accordingly, it is hereby:

      ORDERED, that the appeals (Civil Case Nos. 1:05-CV-1020 and 1:05-CV-1021) are **DISMISSED**; and it is further

      ORDERED that the Clerk of the Court shall serve copies of this order on all parties.

IT IS SO ORDERED.

_____
Lawrence E. Kahn
U.S. District Judge

DATED:      August 17, 2005
            Albany, New York